IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **JOSEPH L. TYSK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:19-CV-295 |
| | ) (JUDGE BAILEY) |
| **ENHANCED RECOVERY** | ) |
| **COMPANY, LLC,** | ) |
| | ) |
| Defendant. | ) |

## AGREED DISMISSAL ORDER

Now come the parties and advise the Court that all matters in controversy herein have been amicably adjusted, compromised and settled, and move the Court, by counsel, to dismiss the Complaint against Defendant, with prejudice. The Court, perceiving no objection thereto, hereby grants said motion, and it is, therefore,

ORDERED that the Complaint and cause of action of Plaintiff is hereby dismissed, with prejudice, and this action is hereby stricken from the docket of this Court.

The Clerk is hereby directed to send a copy of this Order to all counsel of record.

ENTER this **27** day of **May**, 2021.

John Preston Bailey
United States District Judge

Approved and agreed to by:

/s/ Thomas E. McIntire
Thomas E. McIntire, Esq.
WV State Bar No. 2471
Thomas E. McIntire & Associates, L.C.
82 ½ Fourteenth Street
Wheeling, WV 26003
*Counsel for Plaintiff*

1

*/s/ Scott S. Gallagher*
J. Mark Adkins (WVSB #7414)
Bowels Rice, LLP
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
Fax: (304) 347-1746
E-Mail: madkins@bowelsrice.com

And

Scott S. Gallagher, Esq. (*admitted pro hac vice*)
Florida Bar No. 371970
Smith, Gambrell & Russell, LLP
50 N. Laura St., Suite 2600
Jacksonville, FL 32202
E-Mail: ssgallagher@sgrlaw.com

**THIS DOCUMENT PREPARED BY:**

**Thomas E. McIntire, Esquire (2471)**
**82 1/2 Fourteenth Street**
**Wheeling WV 26003**
**(304) 233-8600**